United States District Court
Southern District of Texas
**ENTERED**
January 27, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EMILIO DE LA GARZA-MONTEMAYOR,<br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 1:16-cv-00292<br>(Criminal Action No. B-15-436-1) |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" (Docket No. 6) in the above-captioned case. The Magistrate Judge's Report and Recommendation recommends dismissing Emilio de la Garza-Montemayor's "Motion to Modify and Reduce Sentence" (Docket No. 1) because his direct appeal is pending in the Fifth Circuit. Docket No. 6 at 2–3. No objections were filed. As of January 26, 2017, Garza-Montemayor's direct appeal is still pending.

After a de novo review of the file, the "Magistrate Judge's Report and Recommendation" (Docket No. 6) is **ADOPTED**. A certificate of appealability shall not issue. The Clerk is **ORDERED** to close this case.

Signed on this ___26___ day of ___January___, 2017.

_____
Rolando Olvera
United States District Judge